FILED

2003 NOV 26 P 1:26

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR PEREIRA<br>Plaintiff | CIVIL NO. 3:03 CV0301(AWT) |
| VS. | |
| POLICE CHIEF EDWARD FLAHERTY,<br>ET AL<br>Defendants | NOVEMBER 24, 2003 |

## MOTION TO SUBSTITUTE PARTIES

The Plaintiff, Victor Pereira, in the above-captioned matter, pursuant to Federal Rules of Civil Procedure, hereby moves this Court for permission to substitute Detective Frank Koshes, Detective Lawrence Smith, Patrolman Timothy Jackson in place of the named Defendants, Officer John Doe 1, 2, and 3.

Through written discovery, the Plaintiff has identified the correct name of the Waterbury police officers who participated in the entry and search of the Plaintiff's home. This motion is made after consulting with Defendants' counsel, who has indicated that she does not object to the granting of this motion.

Case 3:03-cv-00301-DJS   Document 10   Filed 11/26/2003   Page 1 of 3

WHEREFORE, the Plaintiff respectfully moves to substitute the party defendants as listed above.

                                            THE PLAINTIFF,
                                            VICTOR PEREIRA

                                            By _____
                                            Christopher G. Santarsiero
                                            100 Grand Street
                                            Suite 2C
                                            Waterbury, CT 06702
                                            (203) 756-5640
                                            CT#13606

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed this 25th day of November, 2003 via first class mail, postage prepaid to:

Attorney Michelle Holmes
Sack, Spector & Karsten
836 Farmington Ave.
West Hartford, CT 06119

Christopher G. Santarsiero