# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR PEREIRA<br>Plaintiff | CIVIL NO. 3:03 CV0301(AWT) |
| VS. | |
| POLICE CHIEF EDWARD FLAHERTY,<br>ET AL<br>Defendants | |

Please docket
b/4 w/drawn

## MOTION TO SUBSTITUTE

The Plaintiff, Victor Pereira, in the above-captioned matter, pursuant to Federal Rules of Civil Procedure, hereby moves this Court for permission to substitute Detective Frank Koshes, Detective Lawrence Smith, Patrolman Timothy Jackson in place of the named Defendants, Officer John Doe 1, 2, and 3.

Through written discovery, the Plaintiff has identified the correct name of the Waterbury police officers who participated in the entry and search of the Plaintiff's home. This motion is made after consulting with Defendants' counsel, who has indicated that she does not object to the granting of this motion.

GRANTED, absent objection. The Clerk shall docket the Amended Complaint. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  12/9/03