FILED

2003 DEC -5 P 1:55

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VICTOR PEREIRA, | : | CIVIL NO.: 3:03CV0301(AWT) |
|     PLAINTIFF, | : | |
| | : | |
| vs. | : | |
| | : | |
| DETECTIVE FRANK KOSHES, DETECTIVE LAWRENCE SMITH, PATROLMAN TIMOTHY JACKSON, DETECTIVE MICHAEL GOGGIN AND DETECTIVE GARY PECE, | : | |
|     DEFENDANTS. | : | DECEMBER 4, 2003 |

## APPEARANCE

Please enter the appearance of Michelle Holmes, as counsel for defendants DETECTIVE FRANK KOSHES, DETECTIVE LAWRENCE SMITH, PATROLMAN TIMOTHY JACKSON, DETECTIVE MICHAEL GOGGIN, AND DETECTIVE GARY PECE, in the above captioned matter, in addition to that already on file.

                                          DEFENDANTS, DETECTIVE FRANK
                                          KOSHES, DETECTIVE LAWRENCE SMITH,
                                          PATROLMAN TIMOTHY JACKSON,
                                          DETECTIVE MICHAEL GOGGIN, AND
                                          DETECTIVE GARY PECE

BY _____/s/ M. Holmes_____
                                          Michelle Holmes
                                          Federal Bar Number: ct20014
                                          Sack, Spector & Karsten
                                          836 Farmington Avenue
                                          West Hartford, CT 06119
                                          Their Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 4th day of December, 2003, to the following counsel of record:

Christopher Santarsiero, Esquire
100 Grand Street, Suite 2C
Waterbury, CT  06702

_____
Michelle Holmes