*[Handwritten margin note, rotated:]* The Clerk shall docket this document as a motion to withdraw all claims against Defendants City of Waterbury and Chief Edward Flaherty, and that motion is hereby GRANTED. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  12/9/03

*[Stamp:]* 03CV301/end mtnwd

*[Date stamp:]* 2003 DEC -9 P 1:23 US DISTRICT COURT HARTFORD CT

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| VICTOR PEREIRA<br>Plaintiff | : CIVIL NO. 3:03 CV0301(AWT)<br>: |
| VS. | : |
| POLICE CHIEF EDWARD FLAHERTY,<br>ET AL<br>Defendants | :<br>:<br>: NOVEMBER 24, 2003 |

### WITHDRAWAL

The Plaintiff, VICTOR PEREIRA, in the above-referenced matter, hereby withdraws his Complaint as to the Defendants, City of Waterbury and Chief Edward Flaherty, only.

THE PLAINTIFF,
VICTOR PEREIRA

By _[signature]_
Christopher G. Santarsiero
Federal bar Number: ct 13603
100 Grand Street
Suite 2C
Waterbury, CT 06702
(203) 756-5640

1

## CERTIFICATION

I hereby certify that a copy of the foregoing has been forwarded this 24th day of November, 2003, to:

Attorney Michelle Holmes
Sack, Spector & Karsten
836 Farmington Ave.
West Hartford, CT 06119

Christopher G. Santarsiero

2