The Clerk shall docket this document as a motion to withdraw all claims against Defendants City of Waterbury and Chief Edward Flaherty, and that motion is hereby GRANTED. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   12/8/03

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR PEREIRA<br>Plaintiff | : CIVIL NO. 3:03 CV0301(AWT)<br>: |
| VS. | : |
| POLICE CHIEF EDWARD FLAHERTY,<br>ET AL<br>Defendants | :<br>:<br>: NOVEMBER 24, 2003 |

## WITHDRAWAL

The Plaintiff, VICTOR PEREIRA, in the above-referenced matter, hereby withdraws his Complaint as to the Defendants, City of Waterbury and Chief Edward Flaherty, only.

THE PLAINTIFF,
VICTOR PEREIRA

By _____
Christopher G. Santarsiero
Federal bar Number: ct 13603
100 Grand Street
Suite 2C
Waterbury, CT 06702
(203) 756-5640

1