UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VICTOR PEREIRA, | : | CIVIL NO.: 3:03CV0301(AWT) |
| | : | |
|     PLAINTIFF, | : | |
| | : | |
| vs. | : | |
| | : | |
| DETECTIVE FRANK KOSHES, DETECTIVE | : | |
| LAWRENCE SMITH, PATROLMAN TIMOTHY | : | |
| JACKSON, DETECTIVE MICHAEL GOGGIN, | : | |
| AND DETECTIVE GARY PECE, | : | MARCH 8, 2004 |
|     DEFENDANTS. | | |

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendants, Frank Koshes, Lawrence Smith, Timothy Jackson, Michael Goggin and Gary Pece, hereby respectfully request an extension of time of forty-five (45) days, to respond and/or object to plaintiff's interrogatories and requests for production dated February 26, 2004 and directed to each of the five defendants, until **May 11, 2004.**

The undersigned is presently conducting jury selection in the case of Sylbert Ramsay v. City of Waterbury, Docket Number CV010166898S, taking place at Waterbury Superior Court.  It is

believed that this case will not begin evidence until sometime in the week of March 15, 2004, and the trial is expected to last at least five days.

The undersigned is scheduled to begin jury selection on March 30, 2004, in the case of <u>William Ondrick v. Town of Ridgefield</u>, Docket Number CV000341074 S, at Danbury Superior Court, and is expected to take two weeks or more before it is completed.

Additionally, the undersigned has two briefs due to the Second Circuit Court of Appeals in the month of March.

This is the first such request to respond and/or object to these discovery requests.

Pursuant to Rule 9(b)(2), on this date the office of the undersigned called the office of plaintiff's attorney, Christopher Santarsiero, Esquire, who stated that he has no objection to this motion.

        DEFENDANTS, DETECTIVE FRANK
KOSHES, DETECTIVE LAWRENCE
SMITH, PATROLMAN TIMOTHY
JACKSON, DETECTIVE MICHAEL
GOGGIN, AND DETECTIVE GARY PECE


BY_____
    Michelle Holmes
    Federal Bar Number: ct20014
    Sack, Spector & Karsten
    836 Farmington Avenue
    West Hartford, CT 06119
    Their Attorney

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 8th day of March, 2004, to the following counsel of record:

Christopher Santarsiero, Esquire
100 Grand Street, Suite 2C
Waterbury, CT  06702


_____
Michelle Holmes

```
United States District Court
Attn:  Clerk's Office
450 Main Street
Hartford, CT  06103

Honorable Alvin W. Thompson
United States District Court
450 Main Street
Hartford, CT  06103
```