FILED
2004 MAR 11 P 12: 13
U.S. DISTRICT COURT
HARTFORD, CT.

17

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VICTOR PEREIRA,                          :    CIVIL NO.: 3:03CV0301(AWT)
                            :
              PLAINTIFF,            :
                                         :
vs.                                      :
                                         :
DETECTIVE FRANK KOSHES, DETECTIVE    :
LAWRENCE SMITH, PATROLMAN TIMOTHY    :
JACKSON, DETECTIVE MICHAEL GOGGIN,   :
AND DETECTIVE GARY PECE,             :    MARCH 8, 2004
              DEFENDANTS.            :

## MOTION TO ENLARGE SCHEDULING ORDER

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendants, Frank Koshes, Lawrence Smith, Timothy Jackson, Michael Goggin and Gary Pece, hereby respectfully request an extension of the scheduling order in the above captioned matter as follows.

The defendants seek an enlargement of time of six months for the completion of discovery, to be completed, not propounded, until October 1, 2004.

The defendants also seek an enlargement of time of six months for the filing of dispositive motions until **February 1, 2005**.

**SACK, SPECTOR AND KARSTEN, LLP** • *ATTORNEYS AT LAW*
836 FARMINGTON AVE., SUITE 221•WEST HARTFORD, CT 06119-1544•(860) 233-8251•JURIS NO. 52776

Extensions GRANTED. Discovery shall be completed by October 1, 2004. Dispositive motions, if any, shall be filed on or before February 1, 2005. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 03/18/04