

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VICTOR PEREIRA, | : | CIVIL NO.: 3:03CV0301(AWT) |
| PLAINTIFF, | : | |
| vs. | : | |
| DETECTIVE FRANK KOSHES, DETECTIVE LAWRENCE SMITH, PATROLMAN TIMOTHY JACKSON, DETECTIVE MICHAEL GOGGIN, AND DETECTIVE GARY PECE, | : | |
| DEFENDANTS. | : | MARCH 8, 2004 |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendants, Frank Koshes, Lawrence Smith, Timothy Jackson, Michael Goggin and Gary Pece, hereby respectfully request an extension of time of forty-five (45) days, to respond and/or object to plaintiff's interrogatories and requests for production dated February 26, 2004 and directed to each of the five defendants, until May 11, 2004.

The undersigned is presently conducting jury selection in the case of Sylbert Ramsay v. City of Waterbury, Docket Number CV010166898S, taking place at Waterbury Superior Court. It is

Extension GRANTED, absent objection, to and including May 11, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT    03/18/04

SACK, SPECTOR AND KARSTEN, LLP • ATTORNEYS AT LAW
836 FARMINGTON AVE., SUITE 221•WEST HARTFORD, CT 06119-1544•(860) 233-8251•JURIS NO. 52776