```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT


VICTOR PEREIRA,                       :    CIVIL NO.: 3:03CV0301(AWT)
        PLAINTIFF,                    :
                                      :
vs.                                   :
                                      :
DETECTIVE FRANK KOSHES, DETECTIVE     :
LAWRENCE SMITH, PATROLMAN TIMOTHY     :
JACKSON, DETECTIVE MICHAEL GOGGIN,    :
AND DETECTIVE GARY PECE,              :    SEPTEMBER 30, 2004
        DEFENDANTS.
```

## MOTION TO ENLARGE SCHEDULING ORDER

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendants, Frank Koshes, Lawrence Smith, Timothy Jackson, Michael Goggin and Gary Pece, hereby respectfully request an extension of the scheduling order in the above captioned matter as follows.

The defendants seek an enlargement of time of sixty days for the completion of discovery, to be completed, not propounded, until **December 1, 2004.** The parties have started the deposition of the plaintiff, and are in the process of scheduling the remainder. The defendants have responded to Interrogatories & Requests for Production and their depositions will be scheduled to

take place along with the second part of plaintiff's deposition. The undersigned is beginning trial in the case of DeLeon v. City of Waterbury, Et Al., Case No.: 3:01CV00945 (SRU) at Bridgeport United States District Court on Monday, October 4, 2004. Trial will last 5 to 7 days.

The defendants also seek an enlargement of time of sixty days for the filing of dispositive motions until **April 1, 2005**. The undersigned is scheduled to being trial in the Hartford Superior Court in Gonzalez v. Young, Et Al., Case No. CV 00-0800400 S, a consolidated matter that starts jury selection on November 30, 2004 and is expected to take two to three weeks to try.

This is the second such request to enlarge the scheduling order requested by these defendants.

Pursuant to Rule 9(b)(2), on this date the office of the undersigned called the office of plaintiff's attorney, Christopher Santarsiero, Esquire, who stated that he has no objection to this motion.

                              DEFENDANTS, DETECTIVE FRANK KOSHES, DETECTIVE LAWRENCE SMITH, PATROLMAN TIMOTHY JACKSON, DETECTIVE MICHAEL GOGGIN, AND DETECTIVE GARY PECE

BY_____
    Michelle Holmes
    Federal Bar Number: ct20014
    Sack, Spector & Karsten
    836 Farmington Avenue
    West Hartford, CT 06119
    Their Attorney

### **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 30th day of September, 2004, to the following counsel of record:

Christopher Santarsiero, Esquire
100 Grand Street, Suite 2C
Waterbury, CT  06702

                                      _____
                                      Michelle Holmes

```
United States District Court
Attn:  Clerk's Office
450 Main Street
Hartford, CT  06103

Honorable Alvin W. Thompson
United States District Court
450 Main Street
Hartford, CT  06103
```