FILED

2004 OCT -1  A 10: 57

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VICTOR PEREIRA, | : | CIVIL NO.: 3:03CV0301(AWT) |
|     PLAINTIFF, | : | |
| | : | |
| vs. | : | |
| | : | |
| DETECTIVE FRANK KOSHES, DETECTIVE | : | |
| LAWRENCE SMITH, PATROLMAN TIMOTHY | : | |
| JACKSON, DETECTIVE MICHAEL GOGGIN, | : | |
| AND DETECTIVE GARY PECE, | : | SEPTEMBER 30, 2004 |
|     DEFENDANTS. | | |

## MOTION TO ENLARGE SCHEDULING ORDER

Pursuant to Rule 6(b) of the Federal Rules of Civil

Procedure, defendants, Frank Koshes, Lawrence Smith, Timothy

Jackson, Michael Goggin and Gary Pece, hereby respectfully request

an extension of the scheduling order in the above captioned matter

as follows.

The defendants seek an enlargement of time of sixty days for

the completion of discovery, to be completed, not propounded,

until December 1, 2004.  The parties have started the deposition

of the plaintiff, and are in the process of scheduling the

remainder.  The defendants have responded to Interrogatories &

Requests for Production and their depositions will be scheduled to

**SACK, SPECTOR AND KARSTEN, LLP • ATTORNEYS AT LAW**
836 FARMINGTON AVE., SUITE 221•WEST HARTFORD, CT 06119-1544• (860) 233-8251•JURIS NO. 52776

Extensions GRANTED, nunc pro tunc. Dispositive motions, if any, shall be filed on or before December 1, 2004. Discovery shall be completed by December 1, 2004.

Alvin W. Thompson, U.S.D.J.
April 1, 2005. It is so ordered.