



## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR PEREIRA<br>Plaintiff | CIVIL NO. 3:03 CV0301 (AWT) |
| VS. | |
| POLICE CHIEF EDWARD FLAHERTY,<br>ET AL<br>Defendants | NOVEMBER 18, 2004 |

### MOTION TO ENLARGE SCHEDULING ORDER

The plaintiff, Victor Pereira, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby respectfully requests, an enlargement of the scheduling order in the above captioned matter as follows.

The plaintiff seeks an enlargement of sixty days for the completion of discovery to be completed, until January 17, 2005. The parties are in the midst of scheduling the deposition of the defendants, however in discussing available dates it became apparent that a short period of time beyond the existing December 1, 2004 deadline will be required.

This is the first request to enlarge the scheduling order by the plaintiff. The undersigned has contacted counsel for the defendants, Attorney Michele Holmes, who has indicated that she has no objection to the granting of this motion.

Extension GRANTED, absent objection to and including January 17, 2005. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  11/23/04