**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
141 CHURCH STREET
NEW HAVEN, CT 06510

| | | |
|---|---|---|
| **KEVIN F. ROWE**<br>CLERK | TEL. NO. 773-2140<br>(AREA CODE 203) | **VICTORIA C. MINOR**<br>CHIEF DEPUTY CLERK<br><br>**LORI INFERRERA**<br>DEPUTY-IN-CHARGE<br>NEW HAVEN |

www.ctd.uscourts.gov
January 18, 2005

3:03CV301  DJS        PEREIRA VS. FLAHERTY

<u>NOTICE OF TRANSFER</u>

     We have transferred the above-captioned case from the docket of the Honorable Alvin W. Thompson, U. S. District Judge, to the docket of the Honorable Dominic J. Squatrito, Senior U. S. District Judge, who presides in Hartford.  Counsel should continue to file future filings with the Office of the Clerk, United States District Court, 450 Main Street, Hartford, CT 06103.  The initials DJS should appear after the case number.

                                      By Order of the Court
                                      Kevin F. Rowe, Clerk