### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VICTOR PEREIRA | : | CIVIL NO. 3:03 CV0301 (AWT) |
| Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| POLICE CHIEF EDWARD FLAHERTY, | : | |
| ET AL | : | |
| Defendants | : | JANUARY 13, 2005 |

### MOTION TO ENLARGE SCHEDULING ORDER

The plaintiff, Victor Pereira, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby respectfully requests, an enlargement of the scheduling order in the above captioned matter as follows.

The plaintiff seeks an enlargement of forty-five days for the completion of discovery to be completed, until February 28, 2005. The parties have partially completed the deposition of the plaintiff and had scheduled a second date as well as the deposition of Defendant Smith for January 10, 2005. On January 9, 2005 the undersigned fell unexpectedly and seriously ill and was unable to return to work until Thursday January 13, 2005, making it necessary that a short extension beyond the existing January 17, 2005 deadline be requested.

This is the second request to enlarge the scheduling order by the plaintiff. The

undersigned has contacted counsel for the defendants, Attorney Michele Holmes, who has indicated that she has no objection to the granting of this motion.

WHEREFORE, the plaintiff requests that the foregoing request for an enlargement of the scheduling order be granted.

                          THE PLAINTIFF,
                          VICTOR PEREIRA

By_____
  Christopher G. Santarsiero
  100 Grand Street
  Suite 2C
  Waterbury, CT 06702
  (203) 756-5640
  CT#13606

**CERTIFICATION OF SERVICE**

      This is to certify that a copy of the foregoing was mailed this 13th day of January, 2005, via first class mail, postage prepaid, to the following counsel of record:

Attorney Michelle Holmes
Sack, Spector & Karsten
836 Farmington Ave.
West Hartford, CT 06119

                                                             _____
                                                           Christopher G. Santarsiero