**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| VICTOR PEREIRA | : | CIVIL NO. 3:03 CV0301 (DJS) |
| Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| POLICE CHIEF EDWARD FLAHERTY, | : | |
| ET AL | : | |
| Defendants | : | APRIL 11, 2005 |

### MOTION FOR WITHDRAWAL OF APPEARANCE

The undersigned counsel for the plaintiff, Victor Pereira, pursuant to Rule 7(e) of the Local Civil Rules of the United States District Court for the District of Connecticut hereby respectfully requests, permission of the court to withdraw his appearance in the above captioned matter as follows.

Counsel has filed this motion only after due consideration and consultation with opposing counsel. At this time, the plaintiff has neither filed a pro se appearance nor obtained the services of replacement counsel. This motion arises from the plaintiff, Victor Pereira's repeated failure to communicate with the undersigned, appear for properly noticed depositions and appointments at his own attorney's office. To date, the plaintiff has failed to appear for two depositions and no less than six office appointment. In each case he was unable to provide any excuse other than the statement that he had

forgotten the proper date. The plaintiff fails to respond to correspondence sent from this office, and continually fails to keep the undersigned informed of changing telephone contact numbers.

The actions of the plaintiff has caused substantial delay in this litigation, the repeated filings of motion for enlargement of time, the incurring of unnecessary costs and hardship for both the undersigned, as well as counsel for the defendants. Plaintiff's counsel has no rational basis to believe that this pattern of conduct will change. In each instance where the undersigned has made contact with Victor Periera, he has been counseled for the need to cooperate fully in the prosecution of his claim and the consequences including the possibility of sanctions by the defendants and withdrawal of appearance by this office.

This is the first request for withdrawal of appearance by plaintiff's counsel. The undersigned has contacted counsel for the defendants, Attorney Michele Holmes, who has indicated that she has no objection to the granting of this motion. The undersigned also certifies that he has delivered a copy of this motion via Certified United States Mail, postage prepaid, return receipt requested, to the plaintiff's last known address.

WHEREFORE, the undersigned requests that the foregoing motion for withdrawal of appearance be granted.

THE PLAINTIFF

By_____
Christopher G. Santarsiero
100 Grand Street
Suite 2C
Waterbury, CT 06702
(203) 756-5640
CT#13606

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed this 12th day of April, 2005, via first class mail, postage prepaid, to the following counsel of record:

Attorney Michelle Holmes
Sack, Spector & Karsten
836 Farmington Ave.
West Hartford, CT 06119

      This is to certify that a copy of the foregoing was mailed this 12th day of April, 2005, via first class mail, postage prepaid, return receipt requested, to the following individual:

Victor Pereira
26 Shirley Street
Unit 7
Waterbury, CT 06708

                                              _____
                                              Christopher G. Santarsiero