UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**VICTOR PEREIRA**              :
    **Plaintiff**

**V.**                          :          CASE NO. 3:03cv301(DJS)

**POLICE CHIEF EDWARD FLAHERTY,**
**ET AL**                       :
    **Defendants**

## ORDER

The plaintiff, Victor Pereira, shall file with the Court any objection he has to the Motion for Withdrawal of Appearance (Doc. #29) by his Attorney Christopher G. Santarsiero by **May 13, 2005. If no objection is filed by said date, said motion shall be granted**.

If Attorney Santarsiero is allowed to withdraw, the plaintiff, Victor Pereira, shall file an appearance pro se or have an attorney appear on his behalf on or before **May 27, 2005.** Failure to so appear will mean that the case shall be dismissed with prejudice and closed, meaning that there shall be no further proceedings in this Court.

Attorney Santarsiero shall cause to be served, in hand, on the plaintiff, by an indifferent person, a copy of this Order along with the Motion for Withdrawal of Appearance (Doc. #29) and thereafter file with the Court an affidavit of compliance with this Order and the service of the process on the plaintiff.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this __25th__ day of April, 2005.

                                      /s/DJS
                                    Dominic J. Squatrito
                                    United States District Judge