State of Connecticut

City of: **Waterbury**

County of New Haven

3:03cv301 (DJS)

May 21, 2005

   Then and there by virtue hereof and at the special direction of the Plaintiff's Attorney I made due and legal service upon the within named Defendant: **Victor Pereira** by leaving at his usual place of abode at **565 Piedmont Street, Waterbury, Connecticut**, a true and attested copy of the within, Motion For Withdrawal Of Appearance, Affidavit In Support Of Motion For Withdrawal, with my endorsement thereon.

   ***Verified address with father**

   The within and Foregoing is the original: Motion For Withdrawal Of Appearance, Affidavit In Support Of Motion For Withdrawal, with my doing endorsed thereon.

| | |
|---|---|
| Services:  $   30.00 | |
| Copies:   8.00 | Attest: |
| Travel:   4.05 | |
| Endorsement:   1.20 | |
| Total:   $   43.25 | |

Kenneth J. Capaldo
State Marshal