UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR PEREIRA,<br>    PLAINTIFF,<br><br>vs.<br><br>MICHAEL GOGGIN, GARY PECE,<br>FRANK KOSHES, LAWRENCE SMITH<br>and TIMOTHY JACKSON,<br>    DEFENDANTS. | CIVIL NO.: 3:03CV0301 (DJS)<br><br><br><br><br><br><br><br>OCTOBER 3, 2005 |

## APPEARANCE

Please enter the appearance of **CHERYL E. JOHNSON** as counsel for defendants,

**DETECTIVE FRANK KOSHES, LAWRENCE SMITH, TIMOTHY JACKSON, DETECTIVE MICHAEL GOGGIN, AND DETECTIVE GARY PECE,** in the above captioned matter.

BY *Cheryl E. Johnson*
CHERYL E. JOHNSON
Federal Bar Number: ct02380
Noble, Spector, Young & O'Connor
One Congress Street
Hartford, CT  06114
860-525-9975
Fax: 860-525-9985
johnson@nsyolaw.com

**CERTIFICATION**

    This is to certify that a copy of the foregoing **APPEARANCE** has been mailed, postage prepaid, this 3rd day of October, 2005, to:

Mr. Victor Pereira
565 Piedmont Street
Waterbury, CT 06706

*Cheryl E. Johnson*
Cheryl E. Johnson