UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR PEREIRA,<br>            PLAINTIFF, | CIVIL NO.: 3:03CV0301 (DJS) |
| vs. | |
| MICHAEL GOGGIN, GARY PECE,<br>FRANK KOSHES, LAWRENCE SMITH<br>and TIMOTHY JACKSON,<br>            DEFENDANTS. | OCTOBER 3, 2005 |

**DEFENDANTS' FORM 26(F) REPORT**

Date Complaint Filed:          January 30, 2003
Date Complaint Served:         January 30, 2003
Date of Defendant's Acceptance:     February 3, 2003
Date of Amended Complaint: November, 24, 2003
Date of Answer and Special Defenses Filed: December 9, 2003

Pursuant to an Order of the Court issued on August 26, 2005, the Defendants hereby submit the Defendant's Form 26(f) Report. The Defendants attach a copy of the Court's Order to this Report.

The undersigned Counsel for the Defendants represents that she made the following efforts to contact the Plaintiff, Victor Pereira, and that her attempts to contact him were unsuccessful. Counsel for the Defendants sent Mr. Pereira correspondence dated September 8, 2005, and September 21, 2005, in which she requested that the Plaintiff contact her to confer for purposes of completing a Form 26(f) Report. The Plaintiff failed to respond to these letters. Counsel for the Defendants also searched the Waterbury Telephone Directory and located a telephone number for V. Pereira of (203) 755-8194. On

Friday morning, September 30, 2005, the undersigned called the aforementioned number and left a detailed message explaining the purpose of the call and identifying the Victor Pereira being sought. There has been no response to this telephone inquiry. Copies of the correspondence sent to Mr. Pereira are attached hereto. The address utilized for this correspondence is 565 Piedmont Street, Waterbury, Connecticut. This is the last known address for Mr. Pereira based upon Marshal Service completed on May 21, 2005.

I. CERTIFICATION

The undersigned counsel for the Defendants certify that, after consultation with her clients, she has reviewed the nature and basis of the parties' claims and defenses and any possibilities for achieving a prompt settlement or other resolution of the case. Counsel further certifies that she has forwarded a copy of this report to her clients.

II. JURISDICTION

    A.    **Subject Matter Jurisdiction – Federal Question Jurisdiction –**

        42 U.S.C. Section 1983

    B.    **Personal Jurisdiction**

        Jurisdiction of this Court is invoked under the provisions of Sections 1331, 1343(3) and 1367(a) of Title 28 of the United States Code.

III. BRIEF DESCRIPTION OF THE CASE

    A.    **Claims of Plaintiff:** An unlawful search was conducted of plaintiff's home by the defendants, during which the plaintiff was unlawfully detained, the defendants used excessive force, injuring the plaintiff and damaging his personal property.

    B.    **Defenses and Claims (Counterclaims, Third Party Claims, Cross Claims) of Defendants:** The Defendants deny the material allegations of the complaint.

    C.    **Defense and Claims of Third Party Defendants:** N/A

IV. STATEMENT OF UNDISPUTED FACTS

The undersigned Counsel certifies that she has made a good faith attempt to determine whether there are any material facts that are not in dispute. The Defendants state that at this time there are no material facts which are not in dispute.

V. CASE MANAGEMENT PLAN

    A.    **Standing order on Scheduling in Civil Cases**

The parties have previously requested modification of the deadlines in the Standing Order on Scheduling in Civil Cases: The Defendants have adhered to the deadlines as previously set forth in the Scheduling Orders issued in this case.

B.   **Scheduling Conference with the Court**

Given the current status of this case, this section is not applicable.

C.   **Settlement Conference**

1.   The Defendants **do not request** a settlement conference as this is a case that will be decided on its merits at the conclusion of a jury trial.

2.   Defendants do not request a referral for alternative dispute resolution pursuant to D. Conn. L. Civ.R. 36.

D.   **Joinder of Part and Amendment of Pleadings**

1.   No amendments of the pleadings are currently anticipated.

E.   **Discovery**

1.   The Defendants have complied with the Plaintiff's Request for Interrogatories and Production Requests.

2.   The Plaintiff has complied with the Defendants' Request for Interrogatories and Production Requests.

3.   A Deposition of the Plaintiff was commenced on August 10, 2004.

4.   The Deposition of the Plaintiff was continued and re-noticed to February 23, 2005. The Plaintiff did not appear for this Deposition although his Counsel represented that due notice was given to him.

5.  The Defendants do not anticipate that they will require additional discovery.

**F.  Dispositive Motions**

Given the nature of the claims of the Plaintiff, it appears that Dispositive Motions would not be applicable.

**G.  Joint Trial Memorandum**

Based upon the discretion and Order of the Court, the Defendants are prepared to draft and submit the Defendant's portion of the Trial Memorandum.

VI. TRIAL READINIESS

Based upon the discretion and Order of the Court, the Defendants are prepared to proceed to a trial on this matter.

THE DEFENDANTS:

BY *Cheryl C. Johnson*
CHERYL E. JOHNSON
Federal Bar Number: ct02380
Noble, Spector, Young & O'Connor
One Congress Street
Hartford, CT  06114
860-525-9975
Fax: 860-525-9985
johnson@nsyolaw.com

## CERTIFICATION

This is to certify that a copy of the foregoing **DEFENDANTS' FORM 26(f) REPORT** has been mailed, postage prepaid, this 3rd day of October, 2005, to:

Mr. Victor Pereira
565 Piedmont Street
Waterbury, CT 06706

*Cheryl E. Johnson* (signature)
Cheryl E. Johnson

**Tammy Lynn LaBonte**

**From:** CMECF@ctd.uscourts.gov
**Sent:** Saturday, August 27, 2005 12:05 AM
**To:** CMECF@ctd.uscourts.gov
**Subject:** Summary of ECF Activity

**Activity has occurred in the following cases:**

**3:03-cv-00301-DJS Pereira v. Flaherty, et al**
**Order 34**

**Docket Text:**
NOTICE OF ELECTRONIC ORDER. THIS IS THE ONLY NOTICE THE COURT SHALL ISSUE. ORDER. The Court hereby orders the attorneys of record and any unrepresented party to confer for the purposes described in Fed. R. Civ. P. 26(f). Local Rule 26(e) further provides that, within 10 days of such conference, the participants must jointly complete and file a report of the conference using Form 26 (f) Report. Accordingly, it is hereby ORDERED, that the parties file a Form 26(f) Report by October 3, 2005. The Clerk shall mail a copy of the Form 26(f) and the rules to the pro se plaintiff along with this Order. Failure to comply with this Order will result in a dismissal of the complaint. Signed by Judge Dominic J. Squatrito on 8/26/05. (Pike, C.)

**3:03-cv-00301-DJS Pereira v. Flaherty, et al**
**Set Deadlines/Hearings**

**Docket Text:**
Set Deadlines: Rule 26 Meeting Report due by 10/3/2005. (Pike, C.)


**3:04-cv-01608-JCH Crocco v. Advance Stores Co Inc et al**
**Motion for Leave to File Excess Pages 36**

**Docket Text:**
MOTION for Leave to File Excess Pages *of Summary Judgment Memorandum* by Advance Stores Co Inc, Joseph S. Glorioso. (Mason, Margaret)

8/29/2005

# NOBLE, SPECTOR, YOUNG & O'CONNOR, P.C.

ATTORNEYS AT LAW
ONE CONGRESS STREET
HARTFORD, CONNECTICUT 06114-1067

TELEPHONE: (860) 525-9975
FACSIMILE: (860) 525-9985
WWW.NSYOLAW.COM

CHERYL E. JOHNSON                                             E-MAIL: JOHNSON@NSYOLAW.COM

September 8, 2005

Mr. Victor Pereira
565 Piedmont Street
Waterbury, CT

Re: Pereira v. Flaherty

Dear Mr. Pereira;

Please be advised that I represent the interests of the Defendant Police Officers in the above entitled matter. I am enclosing a copy of a Court Order issued by the Honorable District Court Judge Dominic Squatrito that pertains to this case. As per the Order of the Court, the parties must confer for the purposes of completing a Form 26 (f) Report. You should also note the deadline for the filing of this Report is October 3, 2005.

In order to comply with the Court's order, please contact me directly so that we can confer and complete this Report. I can be contacted at the Law Firm of Noble, Spector, Young & O'Connor. My phone number is (860) 525-9975.

Thank you for your anticipated cooperation.

Very truly yours,

*Cheryl E. Johnson*
Cheryl E. Johnson

CEJ/cj
Enclosure

# NOBLE, SPECTOR, YOUNG & O'CONNOR, P.C.

ATTORNEYS AT LAW
ONE CONGRESS STREET
HARTFORD, CONNECTICUT 06114-1067

TELEPHONE: (860) 525-9975
FACSIMILE: (860) 525-9985
WWW.NSYOLAW.COM

CHERYL E. JOHNSON                                    E-MAIL: JOHNSON@NSYOLAW.COM

September 21, 2005


Mr. Victor Pereira
565 Piedmont Street
Waterbury, CT 06706

Re: **Pereira v. Flaherty**

Dear Mr. Pereira:

As you are aware, from my previous correspondence to you dated September 8, 2005, I represent the interests of the Defendant Police Officers in the above entitled matter. As I previously explained to you in said correspondence, the parties must confer for the purposes of completing a Form 26 (f) Report. This is per the Order of the Court and the deadline for filing this Report is October 3, 2005. The parties must submit this report to the Court jointly. Enclosed please find a copy of this Court Order for your review and reference.

I am again requesting that you contact me directly so that we can confer and complete this Report. I can be contacted at the Law Firm of Noble, Spector, Young & O'Connor. My phone number is (860) 525-9975 (Ext. 118).

Thank you for your anticipated cooperation.

Very truly yours,

*Cheryl C. Johnson*
Cheryl E. Johnson

Enclosure